**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | |
|---|---|
| In re )<br><br>Kelley Suzanne Williams,<br>         Debtor(s). | ) Case No: 23-12073<br>)<br>) Chapter: 7<br>)<br>) Judge: Hon. Meredith S. Grabill<br><br>Hearing Date/Time: February 28, 2024 at 1:00 P.M. |

## MOTION FOR RELIEF FROM AUTOMATIC STAY AND ABANDONMENT

COMES NOW Toyota Motor Credit Corporation, its subsidiaries, affiliates, predecessors in interest, successors and/or assigns ("Movant"), through the undersigned counsel, pursuant to Federal Rules of Bankruptcy Procedure 4001 and 9014, and states as follows in support of its Motion herein:

1. On December 03, 2023, the Debtor, above-named, filed a voluntary petition in Bankruptcy under Title 11, Chapter 7, U.S.C., in the United States Bankruptcy Court, for the Eastern District of Louisiana.

2. The Court has jurisdiction over this matter pursuant to 28 U.S.C. Sections 151, 157 and 1334 and applicable local rules. This is a core proceeding pursuant to 28 U.S.C. Section 157(b)(2). Venue is proper in this District under 28 U.S.C. Section 1409(a).

3. The Debtor, Kelley S Williams, ("Obligor") is indebted to Movant pursuant to a Retail Installment Sale Contract – Simple Finance Charge (With Arbitration Provision) (the "Debt Obligation"). A copy of the Debt Obligation is attached hereto and incorporated herein as <u>Exhibit A</u>. Movant is entitled to enforce the Debt Obligation.

3525-N-7568

4. As security for repayment of the Debt Obligation the Obligor(s) have pledged certain collateral described as <u>2022 TOYOTA HIGHLANDE, VIN: 5TDCZRAH6NS129859</u> ("Collateral"). A copy of the proof of perfection of Movant's interest is in the Collateral ("Security Interest") is attached hereto and incorporated herein as <u>Exhibit B</u>.

5. All rights and remedies under the Debt Obligation and Security Interest have been assigned to the Movant.

6. This Motion is made on the grounds that the prevailing contractual agreement is in default and Secured Creditor is without adequate protection because the monthly payments due thereunder are delinquent and Debtor is still in possession of the property. In this case, Secured Creditor contends that due to the number of missed payments (5), coupled with the Debtor's statement of Intent to reaffirm the debt but on the other hand the Debtor's election not to cure the default and thereby preventing the parties from entering into a Reaffirmation Agreement constitutes good cause for relief.

7. As of December 19, 2023, the outstanding indebtedness owed to Movant less any partial payments or suspense balance is $49,022.19.

8. The following chart sets forth the number and amount of contractual payments due pursuant to the terms of the Debt Obligation that have been missed by the Debtor as of December 19, 2023:

| Number of Missed Payments | From | To | Monthly Payment Amount | Total Missed Payments |
|---|---|---|---|---|
| 5 | 08/15/2023 | 11/15/2023 | $858.41 | $4,292.05 |
| | | | Total: | $4,292.05 |

9. The payment history is attached hereto and incorporated herein by this reference as <u>Exhibit C</u>.

10. The address to which payments are to be made to Servicer as agent for Movant is:

> Toyota Motor Credit Corporation
> P.O. Box 9490
> Cedar Rapids, Iowa 52409-9490

11. As of December 19, 2023 the present retail market value of the Collateral is $32,200.00. The basis for this value is J.D. Power estimate of value. A copy of said valuation is attached hereto as <u>Exhibit D.</u>

12. The Collateral is burdensome to the Estate and is of inconsequential value and benefit to the Estate. As such, Movant is entitled to an Order directing the Trustee to abandon the Collateral pursuant to 11 U.S.C. §554(b).

13. Cause exists for relief from the automatic stay under 11 U.S.C. §362(d) for the following reasons:

   a. <u>11 U.S.C. §362(d)(1)</u> - For cause in that payments required to be made by Obligors to Movant are not being made as required by the Debt Obligation.

   b. <u>11 U.S.C. §362(d)(2)(A) & (B)</u> - Debtor enjoys no equity in the Collateral and the Collateral is not necessary for an effective reorganization.

WHEREFORE, Movant prays that this Court issue an Order:

1. Terminating or modifying the stay imposed by 11 U.S.C. 362(a) allowing Movant (and any successors or assigns) to proceed under applicable non-bankruptcy law to enforce its remedies in and to the Collateral.

2. That the Order be binding and effective despite any conversion of the bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

3. For an Order of Abandonment pursuant to 11 U.S.C. §554(b).

4. That the 14-day stay described by Bankruptcy Rule 4001(a)(3) be waived.

5. For such other relief as the Court deems proper.

Dated: <u>January 12, 2024</u>

        BONIAL & ASSOCIATES, P.C.

        /s/ Hilary B. Bonial
        Hilary B. Bonial / Louisiana Bar: 24305
        Attorneys and Counselors
        14841 Dallas Parkway, Suite 350
        Dallas, Texas 75254
        (972) 643-6600
        (972) 643-6698 (Telecopier)
        E-mail: Hilary.Bonial@BonialPC.com
        Attorney for Toyota Motor Credit Corporation

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the Motion for Relief including all exhibits and attachments, and this pleading was filed electronically on <u>January 12, 2024</u>, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List as follows:

**Chapter 7 Trustee**
Greta M. Brouphy
Heller, Draper & Horn, LLC,
650 Poydras Street
New Orleans, Louisiana 70130

**US Trustee**
Office of the U.S.Trustee
400 Poydras Street, Suite 2110
New Orleans, Louisiana  70130

      I hereby certify that a true and correct copy of the Motion for Relief including all exhibits and attachments, and this pleading was filed electronically on <u>January 12, 2024</u>, with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, first class, postage fully pre-paid, to the parties listed below on <u>January 12, 2024  </u>.

**Debtor(s)         Pro Se**
Kelley Suzanne Williams
2309 Dabadie Street
New Orleans, LA 70119

      Respectfully Submitted,

      <u>/s/ Hilary B. Bonial_____</u>
      Hilary B. Bonial