UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:<br><br>**KELLEY SUZANNE WILLIAMS,**<br><br>Debtor. | CASE NO. 23-12073<br><br>CHAPTER 7<br><br>SECTION "A" |

### UNITED STATES TRUSTEE'S MOTION
### OBJECTING TO DISCHARGE

**NOW INTO COURT** comes David W. Asbach, Acting United States Trustee for Region 5 ("the UST"), by and through undersigned counsel, and respectfully moves this Court for an order denying the discharge of Kelley Suzanne Williams, the Debtor in the above-captioned case, pursuant to 11 U.S.C. § 727(a)(8). In support thereof, the UST respectfully represents as follows:

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and 28 U.S.C. § 157(a) and (b)(1).

2. This is a core proceeding under 28 U.S.C. § 157(b)(2)(A) and 157(b)(2)(J). This Motion is filed pursuant to Fed. R. Bankr. P. 4004(d) and 11 U.S.C. § 727(a)(8).

3. Kelley Suzanne Williams (hereinafter "Debtor") filed a voluntary petition for relief in the Bankruptcy Court for the Eastern District of Louisiana under Chapter 7 of Title 11, United States Code, on May 14, 2019, Case No. 19-11311, and she received a Chapter 7 discharge on August 13, 2019. *See* Case No. 19-11311 (ECF-1, Petition) and (ECF-24, Order of Discharge).

4. On December 3, 2023, Debtor filed the above-captioned bankruptcy case under Chapter 7 of Title 11, United States Code. The Debtor is seeking a second Chapter 7 discharge.

5. Section 727(a)(8) of the Bankruptcy Code provides that the Court shall grant the

debtor a discharge, unless the debtor has been granted a discharge under Chapter 7 in a case commenced within eight years before the date of the filing of the petition.

6. The Debtor's previous case, in which she received a discharge, was commenced within the eight-year period before the filing of the petition in this current case. Thus, according to 11 U.S.C. § 727(a)(8), the Debtor's discharge should be denied in the above-captioned bankruptcy proceeding. Based on the record and the plain language of the statute, the Debtor is clearly ineligible for a Chapter 7 discharge in this case.

WHEREFORE, the United States Trustee prays that this Honorable Court enter an order holding that Kelley Suzanne Williams is denied a discharge in the above-captioned proceeding, pursuant to 11 U.S.C. § 727(a)(8), for reasons cited herein. The United States Trustee further prays for all general and equitable relief.

Respectfully submitted,

DAVID W. ASHBACH
Acting United States Trustee, Region 5
Judicial Districts of Louisiana
and Mississippi


by: *s/Rachel T. Vogeltanz*
RACHEL T. VOGELTANZ (La. Bar No. 33501)
Trial Attorney
Office of the United States Trustee
400 Poydras Street, Suite 2110
New Orleans, Louisiana 70130
Tel: (504) 589-2514
Fax: (504) 589-4096
Rachel.Vogeltanz@usdoj.gov