## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re   Kelley Suzanne Williams | Case No.   23-12073 |
|             Debtor | Chapter   7 |
| | Section   A |

## MOTION TO CONVERT CASE FROM CHAPTER 7 TO CHAPTER 13

NOW INTO COURT through undersigned counsel comes Kelley S Williams (hereafter referred to as "Debtor"), who pursuant to 11 U.S.C. § 706(a) and 11 U.S.C. §1017(f), respectfully requests that her case under Chapter 7 be converted to a case under Chapter 13 of the Bankruptcy Code, Title 11 of the United States Code, on the grounds set forth below:

1.

On December 3, 2023, Debtor filed a voluntary petition for relief under Title 11, chapter 7 of the Bankruptcy Code. Debtor filed this matter *pro se* and was unaware that she did not qualify for a discharge under this chapter due to her previous Chapter 7 filing. Her previous case was filed in this Court on May 15, 2019 in case number 19-11311. It was discharged on August 15, 2019.

2.

On February 16, 2024, the U.S. Trustee filed a Motion Objecting to Discharge under 727(a)(8) [ECF Doc 18]. The first hearing on this matter is set for March 20, 2024.

3.

Debtor has now retained counsel and would like to convert her case to a case under Chapter 13 so that she can obtain a discharge. Though Debtor did not qualify for a Chapter 7 discharge at the time of her *pro se* filing, she did qualify for a Chapter 13 discharge.

4.

Conversion from a Chapter 7 to a Chapter 13 would allow the Debtor to obtain a discharge of her debts.

5.

Debtor now requests, in good faith, that this Honorable Court convert her case under Chapter 7 to a case under Chapter 13 rather than dismiss her case.

WHEREFORE, Debtor prays for an Order converting this case under Chapter 7 to a case under Chapter 13 of the Bankruptcy Code.

Respectfully Submitted:

/s/Jenny A. Abshier
Jenny A. Abshier, 32984
3939 Veterans Memorial Blvd, Suite 215
Metairie, LA 70002
Phone: 504.454.1414 Fax: 866.596.2555
CM/ECF ONLY: ecf@bigeasybk.com
Correspondence: office@bigeasybk.com

## CERTIFICATE OF SERVICE

I hereby certify that on 02/28/2024, a copy of the foregoing Motion to Convert was filed electronically through the court's CM/ECF system and have been served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below on this date.

Office of the US Trustee via ECF: USTPRegion05.NR.ECF@usdoj.gov
Greta M. Brouphy, trustee via ECF: gmb@hellerdraper.com
S. J. Beaulieu, Jr., trustee via ECF: ecf@ch13no.com

/s/Jenny A. Abshier

| Affirm, Inc | Avant | BGPM |
|---|---|---|
| 30 Isabella St Floor 4 | 222 N Lasalle St Ste 1700 | 930 Poydras St |
| Pittsburgh, PA 15212 | Chicago, IL 60601 | New Orleans, LA 70112 |

Bryant State Bank
124 W Main Ave
Bryant, SD 57221

CBW/Credit Fresh
200 Continental Drive Ste 401
Newark, DE 19713

Celtic Bank/Continental Finance
268 E State St, Ste 300
Salt Lake City, UT 84111

Chase Card Services
Po Box 15298
Wilmington, DE 19850

City of New Orleans Photo Safety
PO Box 22091
Tempe, AZ 85285

CKS Prime Investments LLC
1900 Ste Route 34 N
Building 3, Suite 305
Belmar, NJ 07719

Conn Credit Corp
PO Box 2358
Beaumont, TX 77704

Credit One Bank
PO Box 98873
Las Vegas, NV 89193

Darryl Fontana LLC
1022 Loyola Ave
New Orleans, LA 70113

Entergy
PO Box 8106
Baton Rouge, LA 70891

Essential Lending/Wise Loan
3500 Hulen St
Fort Worth, TX 76107

FB&T/Mercury
PO Box 84064
Columbus, GA 31908

FEB/Opp Loans
130 E Randolph St Ste 3400
Chicago, IL 60601

First Franklin Financial Corp
18855 Barataria Blvd
Marrero, LA 70072

First Premier Bank
PO Box 5524
Sioux Falls, SD 57117

First Savings
500 E 60th St N
Sioux Falls, SD 57104

First Savings Bank/Blaze
PO Box 5065
Sioux Falls, SD 57117

Free Spirit Credit Card
PO Box 84064
Columbus, GA 31908

Lisa Osborne
1426 N. Roman Street
New Orleans, LA 70116

Louisiana Dept. Of Revenue
P.O. Box 66658
Baton Rouge, LA 70896

Mariner Finance
8211 Town Center Dr
Nottingham, MD 21236

Navient
123 Justison St 3rd Floor
Wilmington, DE 19801

New Orleans Sewerage & Water
625 St Joseph St Room 140
New Orleans, LA 70175

Pro Collect Inc
12170 Abrams Road
Dallas, TX 75243

Progressive Insurance
6300 Wilson Mills Rd
Cleveland, OH 44143

Regional Finance
979 Batesville Rd Ste B
Greer, SC 29651

Toyota Financial
6565 Headquarters Drive Mall Drop
W2-1C
Plano, TX 75024

US Department of Justice
650 Poydras St 16th Floor
New Orleans, LA 70130

VCA Antech Inc Care Club
Caine Weiner
1200 Ford Rd Ste 300

Hilary Bonial, Attorney for Creditor
14841 Dallas Parkway, Suite 350
Dallas, TX 75254
Hilary.Bonial@BonialPC.com