UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re   Kelley Suzanne Williams | Case No.   23-12073 |
| Debtor | Chapter   13 |
| | Section   A |

## MOTION TO RECONSIDER
## GRANTING OF RELIEF FROM STAY

NOW INTO COURT, through undersigned counsel, come Kelley Suzanne Williams, Debtor, who respectfully asks the Court to reconsider the granting of the Motion for Relief from Stay filed by creditor Toyota Motor Credit Corporation as to the 2022 Toyota Highlander for the following reasons:

1.

Toyota Motor Credit Corporation filed its Motion for Relief from Stay [ECF Doc 11] on January 12, 2024 alleging missed payments from August 15, 2023 to November 15, 2023 in the amount of $4,292.05.

2.

On December 3, 2023, Debtor filed a voluntary petition for relief under Title 11, chapter 7 of the Bankruptcy Code. Debtor filed her bankruptcy petition *pro se* and was unaware that this chapter of filing would not permit her to catch up her vehicle payments. Debtor has now retained undersigned counsel and moved to convert her case to a case under Chapter 13 to restructure her debts into a Chapter 13 payment plan. To ensure a successful plan, Debtor requires the use of the 2022 Toyota Highlander as reliable transportation to and from her work in Baton Rouge.

3.

As such, Debtor requests the Court to reconsider the granting of the relief from stay in regard to the 2022 Toyota Highlander, as Debtor has moved to convert her case and intends to timely propose a feasible and confirmable plan, and further, Debtor requires this vehicle to ensure the success of that plan.

WHEREFORE, Debtor respectfully requests that this Honorable Court reconsider granting the Motion for Relief from Stay as to the 2022 Toyota Highlander.

Date: 02/28/2024

Respectfully Submitted:

/s/ Jenny A. Abshier
Jenny A. Abshier
Attorney for Debtor(s)
3939 Veterans Mem. Blvd., Ste 215
Metairie, LA 70002
Phone: (504) 454-1414 Fax: 866-596-2555
CM/ECF: ecf@bigeasybk.com
Corres: office@bigeasybk.com

## CERTIFICATE OF SERVICE

I hereby certify that on 02/28/2024, a copy of the foregoing Motion to Approve Settlement was filed electronically through the court's CM/ECF system and has been served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below on this date.

Office of the US Trustee via ECF: USTPRegion05.NR.ECF@usdoj.gov
Greta M. Brouphy, trustee via ECF: gmb@hellerdraper.com
S. J. Beaulieu, Jr., trustee via ECF: ecf@ch13no.com

/s/Jenny A. Abshier

Toyota Financial
6565 Headquarters Drive Mall Drop
W2-1C
Plano, TX 75024

Hilary Bonial, Attorney for Creditor
14841 Dallas Parkway, Suite 350
Dallas, TX 75254
Hilary.Bonial@BonialPC.com