UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § § § | CASE NO: 23-12073 |
| KELLEY SUZANNE WILLIAMS, | § § | CHAPTER 7 |
| DEBTOR. | § § § | SECTION A |

## ORDER

The hearing on the Motion for Relief from Automatic Stay, (the "Motion"), [ECF Doc. 11], filed by Toyota Motor Credit Corporation, (the "Movant"), was scheduled for hearing on February 28, 2024.

The Court has considered the merits of the Motion, the exhibits thereto, and the applicable legal authority, and notes that the Debtor has not filed a response, and, accordingly, finds good cause to grant the relief requested.

**IT IS ORDERED** that the Motion is **GRANTED**, and the automatic stay imposed by 11 U.S.C. § 362 is terminated in favor of Movant, its successors and assigns, to allow Movant, its successors, and assigns, to foreclose upon and otherwise exercise its rights and remedies with respect to the said property, in accordance with the applicable non-bankruptcy law insofar as the following described property is affected ("Collateral"):

**2022 TOYOTA HIGHLANDE, VIN: 5TDCZRAH6NS129859.**

**IT IS FURTHER ORDERED** that the Movant is directed to file a report of sale promptly following the liquidation of Collateral, if any. If any excess proceeds exist, the Movant is to remit same to the Chapter 7 Trustee. Movant is given leave to file a deficiency claim within sixty (60) days of liquidation of the Collateral, if such claim exists.

**IT IS FURTHER ORDERED** that the Collateral is abandoned by the Chapter 7 Trustee

as an asset of the bankruptcy estate, effective upon entry of this order.

**IT IS FURTHER ORDERED** that the fourteen (14)-day stay of this Order granting stay relief pursuant to Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure is hereby waived.

**IT IS FURTHER ORDERED** that the Movant shall serve this Order via first-class U.S. Mail on the required parties who will not receive a copy through the Court's CM/ECF system pursuant to the Federal Rules of Bankruptcy Procedure and this Court's Local Rules and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, February 29, 2024.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE